UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN HERNANDEZ, | ) | Case No. 5:21-cv-01732-DSF-JC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND |
| | ) | RECOMMENDATIONS OF |
| | ) | UNITED STATES MAGISTRATE |
| CRAIG KOENIG, et al., | ) | JUDGE |
| | ) | |
| | ) | |
| Respondents. | ) | |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the July 6, 2022 Report and Recommendation of United States Magistrate Judge and overrules petitioner's Objections thereto.

IT IS HEREBY ORDERED that (1) petitioner's Motion to Stay is denied; (2) the Petition for Writ of Habeas Corpus by a Person in State Custody is denied; (3) this action is dismissed with prejudice; and (4) Judgment shall be entered accordingly.

///

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Judgment herein on petitioner and on respondents' counsel.
3       IT IS SO ORDERED.

5 DATED:  August 25, 2022

                                  /s/ Dale S. Fischer
                          HONORABLE DALE S. FISCHER
                          UNITED STATES DISTRICT JUDGE